```
                        United States Bankruptcy Court
                        Northern District of California
```

In re:                                                              Case No. 20-30062-DM
ADI Ventures, Inc.                                                  Chapter 7
         Debtor
                        **CERTIFICATE OF NOTICE**

District/off: 0971-3         User: jbolts           Page 1 of 1            Date Rcvd: Mar 13, 2020
                             Form ID: FIND          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 15, 2020.
db              +ADI Ventures, Inc.,    136 Del Monte,   San Francisco, CA 94112-3619

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 13, 2020 at the address(es) listed below:
              Eddy Hsu    on behalf of Debtor    ADI Ventures, Inc. eddyhsu@ehlawgroup.com,
               HsuER74029@notify.bestcase.com
              Janina M. Hoskins    jmelder7@aol.com, Ca80@ecfcbis.com
              Michael T. O'Halloran    on behalf of Interested Party Andrew  Hung mto@debtsd.com
              Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov
                                                                                             TOTAL: 4

Form FIND

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| | |
|---|---|
| In Re: ADI Ventures, Inc.<br>   dba Ecoqube<br>   dba ADI Ventures<br>   dba Auqa Design Innovation, LLC<br>   dba Aqua Design Innovation<br>      Debtor(s) | Case No.: 20−30062 DM 7<br><br>Chapter: 7 |

## FINAL DECREE

The estate of the above named debtor has been fully administered.

☐ The deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

☑ Janina M. Hoskins is discharged as trustee of the estate of the above−named debtor and the bond is canceled.

☑ the chapter 7 case of the above−named debtor is closed;

and

☐ Other

Dated: 3/13/20

By the Court:

Dennis Montali
United States Bankruptcy Judge